# United States District Court
# For The Western District of North Carolina
# Charlotte Division

AUGUST CHANNING WILLIAMS, SR.,

        Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                               3:11-cv-632-RJC

FNU GREENLEE, et al.,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 30, 2012 Order.

                                                     Signed: August 30, 2012

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court